James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 398-4760
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Plaintiffs' Co-Counsel and Proposed Class Counsel*

*[Additional Counsel Listed On Signature Page]*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COX, JOSEPH M. LYNCH, and NICOLE HALL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLARUS MARKETING GROUP, LLC, a Connecticut corporation; PROVIDE COMMERCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 11-CV-02711-H (RBB)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (2) PROVISIONAL CLASS CERTIFICATION, (3) DISTRIBUTION OF CLASS NOTICE, AND (4) SCHEDULING OF FAIRNESS HEARING**<br><br>Date: November 13, 2012<br>Time: 10:30 a.m.<br>Judge: Hon. Marilyn L. Huff<br>Courtroom: 13 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on November 13, 2012, at 10:30 a.m., at the United

3  States District Court for the Southern District of California, located at 940 Front Street, San

4  Diego, California, Plaintiffs will and hereby do move before the Honorable Marilyn L. Huff,

5  courtroom 13, for an order from this Court: (a) preliminarily approving the proposed

6  settlement; (b) provisionally certifying the Class, appointing Class Representatives and

7  appointing Class Counsel; (c) approving the proposed notice and authorizing its dissemination;

8  and (d) setting dates and procedures for the fairness hearing, including deadlines for Class

9  members to object to or request exclusion from the settlement.

10  This Unopposed Motion for (1) Preliminary Approval of Class Action Settlement,

11  (2) Provisional Class Certification, (3) Distribution of Class Notice, and (4) Scheduling of

12  Fairness Hearing ("Motion") is based on this Notice of Unopposed Motion and Motion, the

13  accompanying Memorandum of Points and Authorities in Support of Motion, and the

14  Declaration of James R. Patterson in Support of Motion, all filed concurrently herewith, as well

15  as the pleadings on file in this action, and upon such other matters, evidence, and arguments as

16  may be presented to the Court before or at the hearing on the Motion.

17

18  Dated: October 12, 2012                    PATTERSON LAW GROUP

19                                            By:    */s/ James R. Patterson*
                                                     James R. Patterson

20                                            James R. Patterson, State Bar No. 211102
21                                            Alisa A. Martin, State Bar No. 224037
                                              402 West Broadway, 29th Floor
22                                            San Diego, CA 92101
                                              Telephone:  (619) 756-6990
23                                            Facsimile:  (619) 756-6991
                                              jim@pattersonlawgroup.com
24                                            alisa@pattersonlawgroup.com

25
                                              Bruce Steckler, *pro hac vice pending*
26                                            Mazin A. Sbaiti, State Bar No. 275089
                                              BARON & BUDD, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
bsteckle@baronbudd.com
msbaiti@baronbudd.com

David E. Bower, State Bar No. 119546
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
dbower@faruqilaw.com

L. Timothy Fisher, State Bar No. 191626
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com

Scott A. Bursor, State Bar No. 276006
BURSOR & FISHER, P.A.
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

*Plaintiffs' Co-Counsel and Proposed Class Counsel*

NOTICE OF MOTION AND UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 2
11-CV-02711-H (RBB)

## CERTIFICATE OF SERVICE

I, James R. Patterson, hereby certify that on October 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

Dated: October 12, 2012

                                            PATTERSON LAW GROUP

                                            By:    */s/ James R. Patterson*
                                                             James R. Patterson

James R. Patterson, State Bar No. 211102
Alisa A. Martin, State Bar No. 224037
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com