Damon R. Parrish
8600-108 Neuse Landing Lane
Raleigh, NC 27616
March 19, 2013

NUNC PRO TUNC

MAR 2 2 2013

13 MAR 26 AM 8:15

DEPUTY

Judge Marilyn L. Huff
US District Court for South District of California
333 West Broadway
San Diego, CA 92101

RE: Case No. 11-CV-2711-H (RBB)

Judge Marilyn L. Huff:

In *Daniel Cox, Et Al. v. Clarus Marketing Group, LLC, Et Al.*, I have recently become aware that I may be involved in a class action suit and do not understand the entirety of the matter. I am in the process of requesting the case files from the address listed on the postcard (a copy is enclosed) sent to me.

I do not want to remove myself from the case as of now, because I do not know if it will affect my Statue of Limitations on this matter. However, I would like to object to the settlement pending my further investigation. In addition, I may also decide to remove myself from the case action pending my investigation.

I pray the court will grant me a reasonable amount of time not to exceed April 29, 2013 to weigh my options on this matter, and to seek legal advice. If I have not complied within this time, the court may deem my silence as acquiesce.

Sincerely,

Damon R. Parrish

IF YOU PLACED AN ORDER FOR MERCHANDISE ON A WEBSITE OPERATED BY PROVIDE COMMERCE, INC. BETWEEN FEBRUARY 16, 2007 AND NOVEMBER 19, 2012, AND WERE SUBSEQUENTLY ENROLLED IN FREESHIPPING.COM'S INSIDER'S CLUB OR FREESHIPPING.COM, YOU MIGHT BE A CLASS MEMBER IN A LAWSUIT TITLED *DANIEL COX, ET AL. V. CLARUS MARKETING GROUP, LLC, ET AL.*, PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 11-CV-2711-H (RBB). A PROPOSED SETTLEMENT OF THIS NATIONWIDE CLASS ACTION HAS BEEN REACHED. IF YOU ARE A CLASS MEMBER, THE PROPOSED SETTLEMENT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.

The Court has granted preliminary approval of the Settlement and set a hearing on the fairness of the proposed Settlement for April 29, 2013 at 10:30 a.m. before the Honorable Marilyn L. Huff in Courtroom 15A of the U.S. District Court for the Southern District of California, United States Courthouse Annex, 333 West Broadway, San Diego, CA 92101. At that time, the Court will determine whether the Settlement is fair, reasonable, and adequate, and will also consider the request of Class Counsel for attorneys' fees and costs and incentive awards for the Class Representatives, as well as any objections. As part of the proposed Settlement, all Class Members who are not Subclass Members will automatically be sent by email one fully transferable 20% Off Code valid for a future on-line purchase on a Provide Commerce website (with certain other limitations described in the Full Notice). No further action is required on your part to obtain this benefit, which will be sent automatically after the final Settlement is approved, unless you are receiving this notice on a postcard by U.S. Mail, in which case you must provide a valid email address to the Claims Administrator. Subclass Members may be eligible for a monetary benefit if Subclass Members meet certain eligibility requirements and submit a Claim Form signed under penalty of perjury. More detailed information about the nature of and eligibility for this potential benefit is set forth in the Full Notice. All Subclass Members who do not exclude themselves from the Action and are not eligible for a monetary benefit will automatically be sent by email a $15 Credit valid for a future on-line purchase on a Provide Commerce website (with certain other limitations described in the Full Notice). No further action is required on your part to obtain this benefit, which will be sent automatically after the final Settlement is approved, unless you are receiving this notice by U.S. Mail, in which case you must provide a valid email address to the Claims Administrator. The Full Notice and Claim Form are available on the Settlement website: http://www.ShippingRebateMembershipSettlement.com. You may also request a copy of the Full Notice and a Claim Form from the Claims Administrator by mail:

> Shipping Rebate Membership Settlement
> c/o GCG
> P.O. Box 35041
> Seattle, WA 98124-3508

You have until March 19, 2013 to exclude yourself from the Class or to object to the Settlement, as well as to submit a Claim Form. You will be deemed part of the Class and to have released Clarus Marketing Group, LLC and Provide Commerce, Inc. from all claims as described in the Full Notice and Settlement Agreement if you do not request to be excluded from the Settlement before March 19, 2013.

