JAMES R. PATTERSON (#211102)
ALISA A. MARTIN (#224037)
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.398.4760
Facsimile:  619.756.6991
jim@pattersonlawgroup.com
alisa@pattersonlawgroup.com

*Plaintiffs' Co-Counsel and Proposed Class Counsel*
*[Additional Counsel Listed On Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COX, JOSEPH M. LYNCH, and NICOLE HALL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLARUS MARKETING GROUP, LLC, a Connecticut corporation; PROVIDE COMMERCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-CV-02711-H (RBB)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF NATIONWIDE SETTLEMENT CLASS**<br><br>Date:  April 29, 2013<br>Time:  10:30 a.m.<br>Judge:  Hon. Marilyn L. Huff<br>Courtroom: 15A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 25, 2013 at 1:30 p.m., this Court granted preliminary approval of the Class Action Settlement and ordered Defendants to provide

1  notice to the Class, including notice of the requested amount of attorneys' fees, costs, and
2  incentive awards.  The required notice was provided, and Plaintiffs have filed an
3  Unopposed Motion for Attorneys' Fees.  To date, not a single class member objected to
4  the requested fees, costs, or incentives, or any other aspect of the proposed Agreement.

5        Consistent with the preliminary approval order entered by this Court, Plaintiffs
6  submit this Unopposed Motion for Final Approval.  This Motion should be approved
7  because the settlement is fair and reasonable, provides benefits to the Class and Subclass,
8  is the result of arms-length negotiations, and resolves a highly contentious litigation.
9  Most significantly, the Motion should be granted because nothing has changed since
10 preliminary approval and all the conditions of preliminary approval have been met.

12 Dated: April 2, 2013               PATTERSON LAW GROUP

13                                    By:    */s/ James R. Patterson*
                                              James R. Patterson
14
15                                    James R. Patterson, State Bar No. 211102
                                      Alisa A. Martin, State Bar No. 224037
                                      402 West Broadway, 29th Floor
16                                    San Diego, CA 92101
                                      Telephone: (619) 756-6990
17                                    Facsimile: (619) 756-6991
                                      jim@pattersonlawgroup.com
18                                    alisa@pattersonlawgroup.com

19                                    Bruce Steckler, *pro hac vice pending*
                                      THE STECKLER LAW FIRM
20                                    12700 Park Central Drive, Suite 1900
                                      Dallas, TX 75251
21                                    Telephone: (972) 387-4040
                                      Facsimile: (972) 387-4041
22                                    bruce@stecklerlaw.com

23                                    David E. Bower, State Bar No. 119546
                                      FARUQI & FARUQI, LLP
24                                    10866 Wilshire Boulevard, Suite 1470
                                      Los Angeles, CA 90024
25                                    Telephone: (424) 256-2884
                                      Facsimile: (424) 256-2885
26                                    dbower@faruqilaw.com

27                                    L. Timothy Fisher, State Bar No. 191626
                                      BURSOR & FISHER, P.A.
28                                    1990 North California Blvd., Suite 940

Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com

Scott A. Bursor, State Bar No. 276006
BURSOR & FISHER, P.A.
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

*Plaintiffs' Co-Counsel and Proposed Class Counsel*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 2, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4, and that all parties herein are represented by counsel have consented to electronic service.

*/s/ James R. Patterson*
James. R. Patterson