UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL COX, JOSEPH M. LYNCH, and NICOLE HALL, on behalf of themselves and all others similarly situated, | ) ) ) | Case No.: 11-cv-02711-H (RBB) |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) ) | **DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE DISSEMINATION, CLAIMS ADMINISTRATION, AND INTERNET POSTING** |
| CLARUS MARKETING GROUP, LLC, a Connecticut corporation; PROVIDE COMMERCE, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

JENNIFER M. KEOUGH declares and states as follows:

1.      I am Chief Operating Officer of The Garden City Group, Inc. ("GCG").   The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2.      GCG was selected and engaged in the above-captioned litigation (the "Litigation") to serve as Claims Administrator for the Settlement as described in the Settlement Agreement and Release (the "Settlement Agreement") preliminarily approved by this Court in its Order: (1)

DECLARATION OF JENNIFER M. KEOUGH – Page 1

Certifying Class and Subclass for Settlement Purposes; (2) Appointing Class Representatives; (3) Appointing Class Counsel; (4) Preliminarily Approving Class Settlement; (5) Approving Class Notice; and (6) Scheduling Fairness Hearing, dated November 19, 2012. (Dkt. No. 27)   (the "Preliminary Approval Order").   I submit this Declaration in order to provide the Court with information regarding the dissemination of Notice, Claims Administration, and the posting of the Full Notice and Claim Form on the Settlement Website in accordance with the Preliminary Approval Order and as set forth in paragraph 3.3 of the Settlement Agreement.

## DISSEMINATION OF NOTICE

3.        Internet Publication.   Pursuant to the Preliminary Approval Order and Paragraph 3.3(a) of the Settlement Agreement, GCG formatted the Full Notice and Claim Form, and established an official website, www.ShippingRebateMembershipSettlement.com (the "Settlement Website"), in order to post the Full Notice and Claim Form filed with the Court.   These documents were printable in PDF electronic form, and Class Members were able to download these documents from the website through the Claim Form Deadline of March 19, 2013.   Additionally, Class Members had the option to access and submit their Claim Forms electronically online. Copies of the Full Notice and Claim Form are attached hereto as Exhibit A and Exhibit B, respectively.   The Settlement Website became available on January 18, 2013, has been continuously available to the present, and is accessible 24 hours per day, seven days per week.

4.        Email Notice.   Pursuant to the Preliminary Approval Order and Paragraph 3.3(b) of the Settlement Agreement, GCG formatted emails containing the Summary Notice for each Class Member for whom Clarus Marketing Group, LLP ("CMG") has a facially valid email address, including Class Members who previously indicated that they did not wish to receive any communications from CMG.   On January 18, 2013, GCG caused the Email Notice to be emailed to 1,404,905 email addresses.   A sample of the Email Notice is attached hereto as Exhibit C.

5.        Direct Notice.   Pursuant to the Preliminary Approval Order and Paragraph 3.3(c) of the Settlement Agreement, GCG mailed postcards containing the Summary Notice by Direct U.S. Mail to those Class Members for whom the Email Notice was undeliverable and for whom CMG

has a facially valid United States postal address, including Class Members who previously indicated that they did not wish to receive any communications from CMG. On February 1, 2013, GCG caused the Summary Notice to be mailed to 178,499 individuals. A sample of the Summary Notice by Direct U.S. Mail is attached hereto as Exhibit D.

## EXCLUSION REQUESTS

6.         Pursuant to the terms of the Preliminary Approval Order, Class Members who wished to be excluded from the Settlement were required to submit their Exclusion Request to GCG, postmarked no later than March 19, 2013. As of March 25, 2013, GCG has received 45 timely, valid Exclusion Requests from Class Members. As of March 25, 2013, GCG has received an additional 17 timely, invalid Exclusion Requests. Each invalid Exclusion Request will be sent a deficiency letter providing an opportunity to cure their deficiency. A list of people who requested Exclusion, whether valid or invalid, is attached hereto as Exhibit E.

## OBJECTIONS

7.   Pursuant to the terms of the Preliminary Approval Order, Class Members who wished to object to the Settlement were required to file their objection with the Court no later than March 19, 2013. As of March 25, 2013, GCG has not received any objections from Class Members, timely or otherwise.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of March, 2013, at Seattle, Washington.


Jennifer M. Keough

# EXHIBIT A

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Daniel Cox, et al. v. Clarus Marketing Group, LLC, et al.*
### Case No. 11-cv-2711-H (RBB)
**United States District Court for the Southern District of California**

You are receiving this Notice to inform you of a proposed settlement of a class action lawsuit entitled *Daniel Cox, et al. v. Clarus Marketing Group, LLC, et al.*, Case No. 11-cv-2711-H (RBB), pending in the United States District Court for the Southern District of California (the "Action").

**The proposed settlement ("Settlement") is on behalf of a nationwide class of persons (the "Class") defined as: All persons who, between February 16, 2007 and November 19, 2012, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled in FreeShipping.com's Insider's Club or FreeShipping.com.**

**The Settlement is also on behalf of a nationwide subclass of persons (the "Subclass") defined as: All persons who, between April 1, 2009 and December 13, 2009, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled in FreeShipping.com's Insider's Club or FreeShipping.com by entering his or her email address and zip code (as opposed to additional contact and billing information) to enroll.**

The Provide Commerce, Inc. websites include ProFlowers.com, RedEnvelope.com, CherryMoonFarms.com, SecretSpoon.com (formerly operated), and Berries.com (also known as Shari's Berries) (collectively the "Provide Commerce Websites"). Excluded from the Class are (a) Defendants Provide Commerce, Inc. ("Provide Commerce") and Clarus Marketing Group, LLC ("CMG") (collectively the "Defendants"), (b) any entities in which Provide Commerce or CMG have a controlling interest or which have a controlling interest in Provide Commerce or CMG, (c) the officers, directors, employees, subsidiaries, affiliates, and attorneys of Provide Commerce or CMG, and (d) the Judges presiding over the Action and any of their employees or immediate family members. **The Settlement will resolve the Action in which it was alleged, among other things, that persons were enrolled in FreeShipping.com's Insider's Club or FreeShipping.com (collectively "FreeShipping.com"), were charged membership fees without their knowledge or consent, and did not receive an appropriate confirmation of their enrollment.**

The proposed Settlement will provide benefits to the Class and Subclass as described more fully below. The benefit that will be provided to Class Members who are not Subclass Members will be provided without any action required by those Class Members. One of the benefits available to certain eligible Subclass Members is available only through the claims process described below. But the other benefit is available to all Subclass Members and will be provided without any action required by Subclass Members.

**The Court has granted preliminary approval of the Settlement, and a hearing on the fairness of the proposed Settlement has been set for April 29, 2013 at 10:30 a.m. before the Honorable Marilyn L. Huff in Courtroom 15A of the U.S. District Court for the Southern District of California, United States Courthouse Annex, 333 West Broadway, San Diego, CA 92101.** At that time, the Court will determine whether the Settlement is fair, reasonable, and adequate, and will also consider the request of Class Counsel for attorneys' fees and costs, incentive awards for the class representatives, and any objections. This Notice explains the nature of the Action and provides a summary of the proposed Settlement, your rights, obligations, and options under the proposed Settlement, all of which are further explained below. **You should read this Notice carefully because it will affect your legal rights and obligations regardless of whether you take any action.**

### SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS

**1.   What is this Notice and why should I read it?**

        This Notice is to inform you of a proposed Settlement of a class action lawsuit entitled *Daniel Cox, et al. v. Clarus Marketing Group, LLC, et al.*, Case No. 11-cv-2711-H (RBB), which is referred to in this Notice as the "Action." This Notice provides a summary of the proposed Settlement and the benefits available to Class and Subclass Members. This Notice also provides Class and Subclass Members with an explanation of their rights, obligations, and options under the proposed Settlement and the deadlines within which to exercise them.

**2.   What is a class action lawsuit and what is this Action about?**

        A class action lawsuit is a legal action in which one or more people seek to represent a large group of people called the "class." The purpose of a class action lawsuit is to resolve at one time all of the similar legal claims of the members of the group. Here, the Named Plaintiffs in the Action alleged that they and other persons were enrolled in FreeShipping.com without their knowledge or consent after placing an order for merchandise with a Provide Commerce Website and did not receive an appropriate confirmation of their enrollment. The Named Plaintiffs have asserted various legal claims, including claims for conversion, declaratory relief, negligence, invasion of the right to privacy under the California Constitution, invasion of privacy, and for violations of the Racketeer Influenced and Corrupt Organizations Act, the Electronic Funds Transfer Act, the Consumers Legal Remedies Act, California's Unfair Competition Law, the Connecticut Unfair Trade Practices Act, and Michigan Compiled Laws § 600.2919a. Defendants deny any wrongdoing or liability whatsoever, and no court or other entity has made any judgment or other determination of liability on the merits of the Named Plaintiffs' allegations.

1

3.  **Why is there a proposed Settlement?**

The Court has not decided in favor of either side in the case.  The Named Plaintiffs believe their claims have merit.  Defendants deny all allegations of wrongdoing or liability against them whatsoever and further contend that their conduct was lawful at all times.  Defendants are settling to avoid the expense, inconvenience, and inherent risk of litigation, as well as the interferences with and disruption to ongoing business operations that are associated with litigation.  Plaintiffs and their attorneys believe that the proposed Settlement is in the best interest of the Class because it provides an appropriate recovery for Class and Subclass Members now while avoiding the risk, expense, and delay of pursuing the case through trial and any appeals.

The proposed Settlement was reached after several months of negotiations, including a mediation session before an impartial mediator.

4.  **Who is included in the proposed Settlement?**

By Order dated November 19, 2012, the Court provisionally certified this case as a class action for purposes of effectuating the proposed Settlement with the Class defined as:  All persons who, between February 16, 2007 and November 19, 2012, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled in FreeShipping.com's Insider's Club or FreeShipping.com.  The Court also certified a Subclass, consisting of:  All persons who, between April 1, 2009 and December 13, 2009, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled in FreeShipping.com's Insider's Club or FreeShipping.com by entering his or her email address and zip code (as opposed to additional contact and billing information) to enroll.  Excluded from the Class and the Subclass are (a) Provide Commerce and CMG, (b) any entities in which Provide Commerce or CMG have a controlling interest or which have a controlling interest in Provide Commerce or CMG, (c) the officers, directors, employees, subsidiaries, affiliates, and attorneys of Provide Commerce or CMG, and (d) the Judges presiding over the Lawsuit and any of their employees or immediate family members.

5.  **What benefits does the proposed Settlement provide and what are my options?**

The Settlement provides certain benefits to Class Members and certain other benefits to Subclass Members.

The Class is defined as: All persons who, between February 16, 2007 and November 19, 2012, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled in FreeShipping.com's Insider's Club or FreeShipping.com.

The Subclass is defined as: All persons who, between April 1, 2009 and December 13, 2009, placed an order with a website operated by Provide Commerce, Inc. and were subsequently enrolled in FreeShipping.com's Insider's Club or FreeShipping.com by entering his or her email address and zip code (as opposed to additional contact and billing information) to enroll.

***Class Members***

As part of the proposed Settlement, all Class Members who are not Subclass Members will automatically be sent by email one fully transferable code good for 20% off a merchandise order placed online at ProFlowers.com, RedEnvelope.com, Berries.com, or CherryMoonFarms.com ("20% Off Code").

If the Settlement is approved by the Court, and you are a Class Member who is not a Subclass Member, you will automatically be sent by email the 20% Off Code.  No further action is required on your part to obtain this benefit, unless you received a notice on a postcard by U.S. Mail, in which case you must provide a valid email address to the Claims Administrator in order to be sent the 20% Off Code by email.  The 20% Off Code will not be sent until after the Court approves the proposed Settlement, with the timing more fully described in the Settlement Agreement.  The 20% Off Code is subject to the following terms: (i) expires one year after distribution date; (ii) not valid for order or delivery of merchandise on February 4 to 14, 2013, May 1 to 12, 2013, and December 16 to 24, 2013 (and corresponding time periods in 2014 through the expiration date); (iii) one 20% Off Code per eligible Class Member; (iv) not redeemable for cash and not refundable; (v) will not be replaced if lost or stolen; (vi) not valid for Same Day, International, or Wedding Services (including, not valid on www.floristexpress.net, www.floristexpressonline.net, www.fruitbaskettoday.com, and ProFlowersInternational.com), third-party hosted products (*e.g.* wine), or for the purchase of Giftcards; (vii) not combinable with discount or gift codes, cannot be used with hyperlink or URL-based offers (including certain email offers or third-party promotions) or previous purchases, but does apply to markdown, bundled, and discounted products; and (viii) must be used in a single transaction (no change, credit, or cash given, and any balance not used is lost).

***Subclass Members***

As part of the proposed Settlement, Subclass Members may be eligible for a monetary benefit if Subclass Members meet certain eligibility requirements (as further described below).  All Subclass Members that are not eligible for a monetary benefit will automatically be sent by email one fully transferable code good for $15 off a merchandise order valid only for online purchases at ProFlowers.com, RedEnvelope.com, Berries.com, or CherryMoonFarms.com ("$15 Credit").

Defendants will collectively pay a total of $500,000 ("Settlement Fund") to be distributed to eligible Subclass Members. If you are a member of the Subclass, you may be eligible for a payment from the Settlement Fund. To be eligible for this potential benefit, a Subclass Member must submit a Claim Form signed under penalty of perjury stating, among other things, that he/she did not knowingly authorize his/her enrollment in FreeShipping.com and did not take advantage of any of the benefits of FreeShipping.com. Only Subclass Members who were actually enrolled in FreeShipping.com and were charged fees are eligible to receive a payment from the Settlement Fund. Some Subclass Members enrolled in FreeShipping.com but were not charged any fees at all. This could have occurred for a variety of reasons, including that their credit card was not accepted or that they cancelled their membership before the expiration of the free trial period. Subclass Members who were not charged any fees will not be entitled to a payment, but will automatically receive the $15 Credit. Next, Subclass Members who used any of the benefits of FreeShipping.com are not eligible to receive a payment. Further, no Subclass Member will be entitled to receive a payment to the extent he/she already received a full refund of fees charged. Some Subclass Members cancelled their memberships and received a full or partial refund of their monthly membership fees. Other members received a full or partial refund through a chargeback, which is a bank-initiated reversal or return of charges or transfers of funds from the individual's credit card or bank account. No member will be entitled to receive a payment to the extent he/she already received a full refund or chargeback of fees he/she paid for FreeShipping.com.

Depending on the number and value of claims received, the payment to be received by an eligible Subclass Member will be equal to the amount of fees that the Subclass Member paid for FreeShipping.com, less any partial refund or chargeback received for such fees, up to a maximum payment of $36.00. The Settlement Fund may be sufficient to pay the full amount of all claims. If the value of claims submitted exceed in dollar amount the amount of the Settlement Fund, eligible Subclass Members' payments will be reduced on a pro-rated basis. Payments to eligible Subclass Members will not be sent until after the Court approves the proposed Settlement, with the timing more fully described in the Settlement Agreement.

To the extent the claims submitted do not exceed in dollar amount the amount of the Settlement Fund, or any payments mailed are returned to the Claims Administrator as undeliverable, any unclaimed portion of the Settlement Fund will be paid to California Western School of Law with the payment specified to be used for a chair, professorship, fellowship, lectureship, seminar series, or similar funding, gift, or donation program developed and coordinated between Provide Commerce and California Western School of Law (depending on the amount of the remainder) regarding internet privacy or internet data security.

Enrollment in FreeShipping.com, eligibility for a payment, the amount of fees paid and not previously refunded, and all information provided in the Claim Form will be subject to verification through CMG's records by the Claims Administrator, and those records will have a rebuttable presumption of accuracy. Defendants are also entitled, at their option, to review submitted Claim Forms. You may submit a Claim Form by mail or electronically by going to the homepage at www.ShippingRebateMembershipSettlement.com and following the instructions provided on the website. You can also obtain a Claim Form by writing to the Claims Administrator at: Shipping Rebate Membership Settlement, c/o GCG, PO Box 35041, Seattle, WA 98124-3508. **Your Claim Form must be completed and submitted by March 19, 2013 to be eligible for this potential benefit.** The submission date is deemed to be the date (a) the Claim Form is deposited in the U.S. Mail as evidenced by the postmark, in the case of submission by U.S. mail, or by date of delivery if sent by FedEx, UPS, or comparable courier, or (b) in the case of submission electronically through the Settlement website, the date the Claims Administrator receives the Claim Form as evidenced by the transmission receipt.

All Subclass Members that are not eligible for a monetary benefit (including those that may potentially be eligible or qualify for the monetary benefit, but fail or choose not to submit a Claim Form) will automatically be sent by email the $15 Credit. If the Settlement is approved by the Court, and you are a Subclass Member that will receive the $15 Credit, you will automatically be sent by email the $15 Credit. No further action is required on your part to obtain this benefit, unless you received a notice on a postcard by U.S. Mail, in which case you must provide a valid email address to the Claims Administrator in order to be sent the $15 Credit by email. The $15 Credit will not be sent until after the Court approves the proposed Settlement with the timing more fully described in the Settlement Agreement. The $15 Credit is subject to the following terms: (i) expires one year after distribution date; (ii) not valid for order or delivery of merchandise on February 4 to 14, 2013, May 1 to 12, 2013, and December 16 to 24, 2013 (and corresponding time periods in 2014 through the expiration date); (iii) one $15 Credit per eligible Subclass Member; (iv) not redeemable for cash and not refundable; (v) will not be replaced if lost or stolen; (vi) not valid for Same Day, International, or Wedding Services (including, not valid on www.floristexpress.net, www.floristexpressonline.net, www.fruitbaskettoday.com, and ProFlowersInternational.com), third-party hosted products (e.g. wine), or for the purchase of Giftcards; (vii) not combinable with discount or gift codes, cannot be used with hyperlink or URL-based offers (including certain email offers or third-party promotions) or previous purchases, but does apply to markdown, bundled, and discounted products; and (viii) must be used in a single transaction (no change, credit, or cash given, and any balance not used is lost).

If the Settlement is approved by the Court, Defendants will also separately pay for (i) all fees and costs incurred by the Claims Administrator for the administration of the Settlement, including, but not limited to, preparing, issuing, distributing, emailing, and monitoring all necessary notices and forms, declarations, filings, and related documents, including developing, maintaining, and operating an Internet website specifically created for the Settlement of this action, communicating with and responding to Class Members, computing Settlement Payments from the Settlement Fund to eligible Subclass Members that have made valid claims, establishing or maintaining an account for the Settlement Fund, and distributing payments out of the Settlement Fund, (ii) Named Plaintiffs' incentive awards of up to $5,000 each for plaintiffs Cox, Lynch, and Hall, and (iii) Class Counsel's attorneys' fees and costs award of up to, and not more than, $640,000 in fees and costs.

**6. Who represents the proposed Settlement Class?**

The Court has approved the appointment of the following lawyers and law firms ("Class Counsel") as counsel for the Class Members:

James R. Patterson
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, CA 92101

Mazin Sbaiti
BARON & BUDD PC
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

David Bower
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067

L. Timothy Fisher
BURSOR & FISHER, P.A.
1990 North California Blvd, Suite 940
Walnut Creek, CA 94596

From the beginning of the case in 2011 to the present, Class Counsel has not received any payment for their services in prosecuting this case or in obtaining this proposed Settlement, nor have they been reimbursed for any out-of-pocket expenses they have incurred. Class Counsel will apply to the Court for an award of attorneys' fees and costs in a total amount of up to, and not more than, $640,000 in fees and costs to be paid by Defendants. Defendants have agreed not to oppose Class Counsel's application for an award of attorneys' fees and costs up to this amount. If the Court approves Class Counsel's motion or application for fees and costs, it will be paid by Defendants. Class Members will not have to pay anything toward the fees or costs of Class Counsel. You do not need to hire your own lawyer because Class Counsel is working on your behalf and will seek final approval of the Settlement on behalf of the Class Members. You may hire your own lawyer to represent you in this case if you wish, but it will be at your own expense.

**7. How can I exclude myself from the Settlement Class?**

Any Class Member (including Subclass Members) has the right to be excluded from the Class by written request. If you wish to be excluded from the Class, you must send a letter or postcard to the Claims Administrator stating: (a) the name of the Action, "*Daniel Cox, et al. v. Clarus Marketing Group, LLC, et al.*"; (b) your full name, address, and telephone number; and (c) a statement that you do not wish to participate in the Settlement. **A Class Member's exclusion request must be postmarked no later than March 19, 2013 and sent to the Claims Administrator at the following address:**

Shipping Rebate Membership Settlement
c/o GCG
PO Box 35041
Seattle, WA 98124-3508

A request for exclusion that does not include all of the above information, that is sent to an address other than the one listed above, or that is not timely postmarked will not be valid, and the person requesting exclusion will be considered a member of the Class and be bound by the Settlement as a Class Member (or Subclass Member).

If you properly and timely request to exclude yourself from the Class, you will not have any rights as a member of the Class pursuant to the proposed Settlement, will not receive any of the proposed Settlement's benefits described in this Notice, will not be bound by any further orders or the judgment entered in the Action, and will remain able to pursue any claims alleged in the Action against Defendants on your own, at your own expense, and with your own counsel. If you proceed on an individual basis after excluding yourself from the Class, you may receive more, or less, of a benefit than you would otherwise receive under this proposed Settlement, or no benefit at all.

**8. How can I object to the Settlement?**

If you do not exclude yourself from the Class, you can comment in opposition to the Settlement, which is known as an objection, and you have the right to appear before the Court to express your opposition. **Your written objection in opposition to the Settlement must be submitted in writing and filed with the Court by March 19, 2013.** The address for the Clerk of the Court is as follows: Office of the Clerk, U.S. District Court for the Southern District of California, 333 West Broadway, San Diego, CA 92101. You must also send copies of your written objection in opposition to the Settlement to the attorneys for the parties at the following addresses:

**Class Counsel:**
James R. Patterson
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, CA 92101

**Counsel for Provide Commerce and CMG:**
Michael G. Rhodes
Leo P. Norton
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909

To be valid and considered by the Court, any such written objection must include the following information: (1) a heading referring to *Daniel Cox, et al. v. Clarus Marketing Group, LLC, et al.*, Case No. 11-cv-2711-H (RBB); (2) your name, email address, postal address, and telephone number; (3) a detailed statement of each objection you are making, the factual and legal basis for each objection, and the relief that you are requesting; (4) a list of and copies of all documents or other exhibits that you may seek to use at the Fairness Hearing; and (5) a statement of whether you intend to appear, either in person or through counsel, at the Fairness Hearing. You may, but need not, file and serve your objection through counsel of your choice, and you may appear at the Fairness Hearing either in person or through personal counsel hired at your expense. If you do make your objection or appearance at the Fairness Hearing through an attorney, you will be responsible for your personal attorney's fees and costs. Also, if you intend to appear at the Fairness Hearing through personal counsel hired at your expense, you must identify the counsel's name, postal address, phone number, email address, and the state bar(s) to which the counsel is admitted in your written objection. Any Points and Authorities submitted in support of your written objection must contain any and all legal authority upon which you will rely.

If you do not submit a written objection to the proposed Settlement or the motion or application of Class Counsel for Named Plaintiffs' incentive awards and Class Counsel's attorneys' fees and costs in accordance with the deadline and procedure set forth above, you will waive your right to be heard at the Fairness Hearing.

If you do not object as described above, and you do not exclude yourself from the Class, you will be deemed to have consented to the Court's certification of and jurisdiction over the Class, and to have released the claims at issue against Defendants as explained below and will otherwise be bound by the proposed Settlement.

### 9. When and where is the Fairness Hearing?

**The Fairness Hearing has been set for April 29, 2013 at 10:30 a.m. before the Honorable Marilyn L. Huff in Courtroom 15A of the U.S. District Court for the Southern District of California, United States Courthouse Annex, 333 West Broadway, San Diego, CA 92101.** The Court will hear any comments from the parties or objections concerning the fairness of the proposed Settlement at the Fairness Hearing, including the amount requested by Class Counsel for Named Plaintiffs' incentive awards and Class Counsel's attorneys' fees and costs.

You **do not** need to attend the Fairness Hearing to remain a Class Member (or Subclass Member) or to obtain any benefits under the proposed Settlement. You or your own personal attorney may attend the hearing if you wish, at your own expense. You do not need to attend this hearing to have a properly filed and served written objection as described in Section 8 to be considered by the Court.

### 10. What is the effect of final Settlement approval?

If the Court approves the proposed Settlement after the Fairness Hearing, it will enter a judgment dismissing the Action with prejudice and releasing all related legal claims against the Defendants and parties related to them (the "Released Parties") based on the allegations in the Action. This means that Class Members (including Subclass Members) will be forever barred from bringing, continuing, or being part of any other lawsuit based on their enrollment or membership in FreeShipping.com, any charges or fees incurred for membership in FreeShipping.com, or any of the allegations in the Action. If you do not exclude yourself from the Class, the proposed Settlement will be your sole mechanism for obtaining any relief and you will be barred from suing Provide Commerce or CMG in an effort to obtain additional payments or relief. If you are a Class Member (including a Subclass Member) and do not want to be barred from bringing, continuing, or being part of such a lawsuit, you must exclude yourself from the Class and the proposed Settlement through the procedures outlined above in Section 7.

Named Plaintiffs and all Class Members (which includes all Subclass Members) who do not validly and timely request to be excluded from the proposed Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives release and forever discharge defendants Provide Commerce, Inc. and Clarus Marketing Group, LLC, and each of their respective direct or indirect parents, wholly or majority owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers, employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under, or in concert with them, or any of them, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which they have or may have arising out of or relating to any of the acts, omissions, or other conduct that have or could have been alleged or otherwise referred to in the Action including, but not limited to, (i) the marketing, advertising, enrollment, registration, disclosure of membership billing terms, handling of personal or financial information, or sharing of contact and payment information as they relate to FreeShipping.com, (ii) the past or continued billing, debiting, or charging of fees associated with FreeShipping.com, (iii) the adequacy or inadequacy of any notification of enrollment or copy of authorization to debit accounts for any fees associated with FreeShipping.com (or any alleged failure to provide a copy of such authorization), and (iv) any and all claims for violations of the Racketeer Influenced and Corrupt Organizations Act, violations of the Electronic Funds Transfer Act, declaratory relief, conversion, negligence, invasion of the right to privacy under the California Constitution, invasion of privacy, violations of the Consumers Legal Remedies Act, violations of California's Unfair Competition Law, violations of California's Unfair Competition Law resulting from alleged violation of the Restore Online Shoppers Confidence Act, violations of the Connecticut Unfair Trade Practices Act, and violations of Michigan Compiled Laws § 600.2919a (the "Released Claims").

With respect to the Released Claims, the Named Plaintiffs and all Class Members (which includes Subclass Members) who do not validly and timely request to be excluded from the Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives, expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights, and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

Named Plaintiffs and all Class Members, including Subclass Members, fully understand that the facts in existence at the time this Settlement Agreement is executed and entry of the Preliminary Approval Order may be different from the facts now believed by Named Plaintiffs, Class Members (which includes Subclass Members), and Class Counsel to be true and expressly accept and assume the risk of this possible difference in facts and agree that this Settlement Agreement remains effective despite any difference in facts.  Further, Named Plaintiffs and the Class Members (which includes Subclass Members) agree that this waiver is an essential and material term of this release and the Settlement Agreement that underlies it and that without such waiver the Settlement Agreement would not have been accepted or agreed to.

**If the proposed Settlement is not approved, the case will proceed as if no settlement had been attempted or reached.  There can be no assurance that, if the Settlement is not approved and the case resumes, Class Members (or Subclass Members) will recover more than what is provided for under the Settlement, or will recover anything at all.**

**11. Where can I get more information about the proposed Settlement?**

This Notice provides only a summary of the matters relating to the Settlement.  More detailed information is provided in the Settlement Agreement.  You can view the Settlement Agreement and obtain more information about the Settlement at http://www.ShippingRebateMembershipSettlement.com.  In order to see the complete case file, including the Settlement Agreement and all other pleadings and papers filed in the Action, you should visit the website of the Administrative Office of the U.S. Courts, PACER Service Center, located at http://pacer.psc.uscourts.gov.  You may also visit or call the Clerk's office at the United States Courthouse Annex located at 333 West Broadway, San Diego, CA 92101, (619) 557-5600.  The Clerk will tell you how to obtain the file for inspection and copying at your own expense, but will not address any questions about the proposed Settlement or the Action.

**PLEASE DO <u>NOT</u> CONTACT THE COURT (INCLUDING THE CLERK OF THE COURT OR THE JUDGE), PROVIDE COMMERCE, INC., CLARUS MARKETING GROUP, LLC, OR FREESHIPPING.COM WITH QUESTIONS ABOUT THE SETTLEMENT, ANY OF THE BENEFITS PROVIDED UNDER THE SETTLEMENT, OR THE ACTION**

**PLEASE ADDRESS ANY FURTHER CONTACT TO THE CLAIMS ADMINISTRATOR AT**

Shipping Rebate Membership Settlement
c/o GCG
PO Box 35041
Seattle, WA 98124-3508
administrator@ShippingRebateMembershipSettlement.com

Dated: January 18, 2013

By: Order of the United States District Court for the Southern District of California
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT B

<table>
<tr><td>MUST BE<br>POSTMARKED ON<br>OR BEFORE<br>MARCH 19, 2013</td><td>Shipping Rebate Membership Settlement<br>c/o GCG<br>P.O. Box 35041<br>Seattle, WA 98124-3508<br>administrator@shippingrebatemembershipsettlement.com</td><td>PC2</td></tr>
</table>



Control No:

Claim No:

┌─────────────────────────────────────────────┐
│ **REQUIRED ADDRESS INFORMATION OR CORRECTIONS** │
│ If the pre-printed address to the left is incorrect or out of date, │
│ **OR** if there is no pre-printed data to the left, **YOU MUST** provide │
│ your current name and address here: │
│                                               │
│ Name:                                         │
│                                               │
│ Address:                                      │
│                                               │
│                                               │
│ City/State/Zip:                               │
└─────────────────────────────────────────────┘

JANE CLAIMANT
123 4TH AVENUE
APT 5
SEATTLE, WA 67890

## CLAIM FORM

*Daniel Cox, et al. v. Clarus Marketing Group, LLC, et al.*
**Case No. 11-cv-2711-H (RBB)**
**United States District Court for the Southern District of California**

**INSTRUCTIONS**:  You must fill out this Claim Form completely and accurately.  If you fail to provide all of the information required in this Claim Form, your claim may be rejected or delayed.  For purposes of this Claim Form, the term "FreeShipping.com" includes both FreeShipping.com's Insider's Club and FreeShipping.com.  **YOU MUST SUBMIT YOUR CLAIM FORM NO LATER THAN MARCH 19, 2013.**  *By submitting this Claim Form, you will be included as a member of the Class and Subclass identified in the Full Notice, and thereby will be releasing Provide Commerce, Inc. and Clarus Marketing Group, LLC from all claims as provided in the Settlement Agreement and this Claim Form.  If you also submit a request for exclusion from the Class and Settlement in addition to this Claim Form, the request for exclusion will be deemed invalid.*

**1. Contact Information:**

    Please legibly print or type the following information:

    Phone Number: (    )     –

    Current Email Address(es):

If you resided at a prior address or used a different email address at any time from April 1, 2009 to the present, and you believe your prior contact information may have been used at the time of your enrollment, please list all such addresses and the approximate dates you resided there:

    Dates of Residence:    /    /    –    /    /

    Address:

    City:    State:    Zip:

    (attach additional pages if necessary)

**1. Contact Information** (continued):

Other Email Address(es)

(attach additional pages if necessary)

**2. Required Certifications** (THE FAILURE TO CHECK BOTH CERTIFICATIONS WILL RESULT IN DENIAL OF YOUR MONETARY CLAIM):

Check each of the following two statements to certify that both are applicable to you, as well as true and correct:

☐ To the best of my knowledge, information, and belief, I did not knowingly agree to enroll in FreeShipping.com.

☐ I did not use any benefit of FreeShipping.com.

*Defendants Provide Commerce, Inc. and Clarus Marketing Group, LLC may verify the accuracy of your claim.*

**3. Release:**

On behalf of myself and my successors, assigns, legatees, heirs, and personal representatives, I release and forever discharge defendants Provide Commerce, Inc. and Clarus Marketing Group, LLC, and each of their respective direct or indirect parents, wholly or majority owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers, employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under, or in concert with them, or any of them, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which I have or may have arising out of or relating to any of the acts, omissions, or other conduct that have or could have been alleged or otherwise referred to in the Action including, but not limited to, (i) the marketing, advertising, enrollment, registration, disclosure of membership billing terms, handling of personal or financial information, or sharing of contact and payment information as they relate to FreeShipping.com, (ii) the past or continued billing, debiting, or charging of fees associated with FreeShipping.com, (iii) the adequacy or inadequacy of any notification of enrollment or copy of authorization to debit accounts for any fees associated with FreeShipping.com (or any alleged failure to provide a copy of such authorization), and (iv) any and all claims for violations of the Racketeer Influenced and Corrupt Organizations Act, violations of the Electronic Funds Transfer Act, declaratory relief, conversion, negligence, invasion of the right to privacy under the California Constitution, invasion of privacy, violations of the Consumers Legal Remedies Act, violations of California's Unfair Competition Law, violations of UCL resulting from alleged violation of the Restore Online Shoppers' Confidence Act, violations of the Connecticut Unfair Trade Practices Act, and violations of Michigan Compiled Laws § 600.2919a (the "Released Claims").

With respect to the Released Claims, on behalf of myself and my successors, assigns, legatees, heirs, and personal representatives, I expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights, and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

> **"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."**

**4.      Required Declaration:**

I hereby declare and state under penalty of perjury under the laws of the United States of America that all of the forgoing is true and correct to the best of my knowledge. My signature below constitutes my acknowledgment that I am intentionally submitting a claim in accordance with the forgoing terms and those terms specified in the Full Notice and Settlement Agreement.

Dated:_____        Signature:_____

# EXHIBIT C

**IF YOU PLACED AN ORDER FOR MERCHANDISE ON A WEBSITE OPERATED BY PROVIDE COMMERCE, INC. BETWEEN FEBRUARY 16, 2007 AND NOVEMBER 19, 2012, AND WERE SUBSEQUENTLY ENROLLED IN FREESHIPPING.COM'S INSIDER'S CLUB OR FREESHIPPING.COM, YOU MIGHT BE A CLASS MEMBER IN A LAWSUIT TITLED *DANIEL COX, ET AL. V. CLARUS MARKETING GROUP, LLC, ET AL.*, PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 11-CV-2711-H (RBB). A PROPOSED SETTLEMENT OF THIS NATIONWIDE CLASS ACTION HAS BEEN REACHED. IF YOU ARE A CLASS MEMBER, THE PROPOSED SETTLEMENT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.**

**The Court has granted preliminary approval of the Settlement and set a hearing on the fairness of the proposed Settlement for April 29, 2013 at 10:30 a.m. before the Honorable Marilyn L. Huff in Courtroom 15A of the U.S. District Court for the Southern District of California, United States Courthouse Annex, 333 West Broadway, San Diego, CA 92101.** At that time, the Court will determine whether the Settlement is fair, reasonable, and adequate, and will also consider the request of Class Counsel for attorneys' fees and costs and incentive awards for the Class Representatives, as well as any objections. As part of the proposed Settlement, all Class Members who are not Subclass Members will automatically be sent by email one transferable 20% Off Code valid only for online orders of merchandise at certain Provide Commerce, Inc. websites (with certain other limitations described in the Full Notice). No further action is required by eligible Class Members to obtain this 20% Off Code. Subclass Members may be eligible for a monetary benefit if Subclass Members meet certain eligibility requirements and submit a Claim Form signed under penalty of perjury. More detailed information about the nature of and eligibility for this potential benefit is set forth in the Full Notice. All Subclass Members who are not eligible for a monetary benefit will automatically be sent by email one transferable $15 Off Code valid only for online orders of merchandise at certain Provide Commerce, Inc. websites (with certain other limitations described in the Full Notice). No further action is required by such Subclass Members to receive this $15 Off Credit. You can view and download the Full Notice of the proposed Settlement, a copy of the Claim Form, and obtain other information at the Claims Administrator's website: www.ShippingRebateMembershipSettlement.com. You may also request a copy of the Full Notice and a Claim Form from the Claims Administrator by mail:

Shipping Rebate Membership Settlement
c/o GCG
P.O. Box 35041
Seattle, WA 98124-3508

You have until **March 19, 2013** to exclude yourself from the Class or to object to the Settlement, as well as to submit a Claim Form. You will be deemed part of the Class and to have released Clarus Marketing Group, LLC and Provide Commerce, Inc. from all claims as described in the Full Notice and Settlement Agreement if you do not request to be excluded from the Settlement before March 19, 2013.

Your claim number is: 9876543
Your control number is: 9876543210
Our records show your name is: John Doe

The United States District Court for the Southern District of California has ordered this email to be sent. If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this settlement, please click on this link.

# EXHIBIT D

**IF YOU PLACED AN ORDER FOR MERCHANDISE ON A WEBSITE OPERATED BY PROVIDE COMMERCE, INC. BETWEEN FEBRUARY 16, 2007 AND NOVEMBER 19, 2012, AND WERE SUBSEQUENTLY ENROLLED IN FREESHIPPING.COM'S INSIDER'S CLUB OR FREESHIPPING.COM, YOU MIGHT BE A CLASS MEMBER IN A LAWSUIT TITLED *DANIEL COX, ET AL. V. CLARUS MARKETING GROUP, LLC, ET AL.*, PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 11-CV-2711-H (RBB), A PROPOSED SETTLEMENT OF THIS NATIONWIDE CLASS ACTION HAS BEEN REACHED. IF YOU ARE A CLASS MEMBER, THE PROPOSED SETTLEMENT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.**

**The Court has granted preliminary approval of the Settlement and set a hearing on the fairness of the proposed Settlement for April 29, 2013 at 10:30 a.m. before the Honorable Marilyn L. Huff in Courtroom 15A of the U.S. District Court for the Southern District of California, United States Courthouse Annex, 333 West Broadway, San Diego, CA 92101. At that time, the** Court will determine whether the Settlement is fair, reasonable and adequate, and will also consider the request of Class Counsel for attorneys' fees and costs and incentive awards for the Class Representatives, as well as any objections. As part of the proposed Settlement, all Class Members who are not Subclass Members will automatically be sent by email one fully transferable 20% Off Code valid for a future on-line purchase on a Provide Commerce website (with certain other limitations described in the Full Notice).

No further action is required on your part to obtain this benefit, which will be sent automatically after the final Settlement is approved, unless you are receiving this notice on a postcard by U.S. Mail, in which case you must provide a valid email address to the Claims Administrator. Subclass Members may be eligible for a monetary benefit if Subclass Members meet certain eligibility requirements and submit a Claim Form signed under penalty of perjury. More detailed information about the nature of and eligibility for this potential benefit is set forth in the Full Notice. All Subclass Members who do not exclude themselves from the Action and are not eligible for a monetary benefit will automatically be sent by email a $15 Credit valid for a future on-line purchase on a Provide Commerce website (with certain other limitations described in the Full Notice). No further action is required on your part to obtain this benefit, which will be sent automatically after the final Settlement is approved, unless you are receiving this notice by U.S. Mail, in which case you must provide a valid email address to the Claims Administrator. The Full Notice and Claim Form are available on the Settlement website: http://www.ShippingRebateMembershipSettlement.com. You may also request a copy of the Full Notice and a Claim Form from the Claims Administrator by mail:

Shipping Rebate Membership Settlement
c/o GCG
P.O. Box 35041
Seattle, WA 98124-3508

You have until **March 19, 2013** to exclude yourself from the Class or to object to the Settlement, as well as to submit a Claim Form. You will be deemed part of the Class and to have released Clarus Marketing Group, LLC and Provide Commerce, Inc. from all claims as described in the Full Notice and Settlement Agreement if you do not request to be excluded from the Settlement before March 19, 2013.

# EXHIBIT E

COX, ET AL. V. CLARUS MARKETING GROUP, LLC, ET AL.

|  | GCG ID No. | Name | City | State |
|---|---|---|---|---|
| 1 | 1912642 | ROLF SERINGHAUS | KITCHENER | ON |
| 2 | 2268263 | DANIELA MERCADANTE | SAINT-LEONARD | QC |
| 3 | 1325644 | CURTIS DAVIS | BRADFORD | MA |
| 4 | 1587518 | TINA CAREY | MILLIS | MA |
| 5 | 2301691 | STEPHEN BRUSH | MONMOUTH | ME |
| 6 | 1013072 | LINDA GUTTROFF | BONDVILLE | VT |
| 7 | 2306220 | KATHLEEN BATEAU | ROSELLE | NJ |
| 8 | 2144993 | JUDITH E. HUGGINS | CHEEKTOWAGA | NY |
| 9 | 2202236 | JONATHON HAUENSCHILD | CABOT | PA |
| 10 | 2230519 | CAROL CHROMIAK | ALLENTOWN | PA |
| 11 | 2160217 | RACHEL HORN | WASHINGTON | DC |
| 12 | 2102210 | BEVERLY TROSSBACH | HOLLYWOOD | MD |
| 13 | 2073750 | JEFFREY RYAN | OAKLAND | MD |
| 14 | 1276272 | SANDY SCHWARTZ | FAIRFAX | VA |
| 15 | 2411861 | DAVID CAGLE | HOLLY SPRINGS | NC |
| 16 | 1986391 | TIFFANY HENDRICK | MORRISVILLE | NC |
| 17 | 2050591 | EDWARD POOLE | WARNER ROBINS | GA |
| 18 | 1427500 | BRIAN FISHER | LIBERTY TOWNSHIP | OH |
| 19 | 1163300 | CHUCK DEBOW | NOBLESVILLE | IN |
| 20 | 1839462 | GINGER KRAMER | ANGOLA | IN |
| 21 | 1628081 | MATTHEW DUNCKLEY | TRAVERSE CITY | MI |
| 22 | 1878377 | DIANNE DE WIT | ROCK VALLEY | IA |
| 23 | 1899187 | ANDREW BROWN | NORTH LIBERTY | IA |
| 24 | 2411319 | ESTATE OF MICHAEL MOORE | FRANKLIN | WI |
| 25 | 2244649 | CASEY BRESSER | MADISON | WI |
| 26 | 1954441 | JULIE TALENS | APPLETON | WI |
| 27 | 1883596 | KRISTINA LARSON | CYRUS | MN |
| 28 | 2323408 | MARCY WYLIE | GREAT FALLS | MT |
| 29 | 2245891 | LESLIE CLAIRE | MORRIS | IL |
| 30 | 1650503 | PRASAD SANKAR | CHICAGO | IL |
| 31 | 1724270 | STACIE FAUST | KANSAS CITY | MO |
| 32 | 1553425 | ASHLEY ZEILER | SAINT JOSEPH | MO |
| 33 | 2145244 | SUELLEN GONYAW | DURANT | OK |
| 34 | 2428155 | DEAN N RUMFIELD | GRANDBURY | TX |
| 35 | 1669465 | SAM CURL | GRANBURY | TX |
| 36 | 2287402 | ADEEL ASHIA | SUGARLAND | TX |
| 37 | 1187765 | SUZANNE YOUNG | ARVADA | CO |
| 38 | 1501848 | MARK OLSON | DENVER | CO |
| 39 | 1008244 | ESTATE OF DARRELL SORENSEN | MONTPELIER | ID |
| 40 | 1592541 | JEANETTE HOOD | HEMET | CA |
| 41 | 2159493 | ESMERALDA HENRIQUEZ | PALMDALE | CA |
| 42 | 1881312 | MONIQUE ADAM | OAKLAND | CA |
| 43 | 1523851 | MARY JESSEE | DPO | AP |
| 44 | 1619673 | ELIZABETH HANCOCK | NEWBERG | OR |
| 45 | 2248216 | JENNIFER DEHART | EUGENE | OR |

COX, ET AL. V. CLARUS MARKETING GROUP, LLC, ET AL.

| | GCG ID No. | Name | City | State | |
|---|---|---|---|---|---|
| 46 | 1656748 | SHERYL MCQUADE | WILBRAHAM | MA | * |
| 47 | 2045171 | BEVERLY OSHEA | NAHANT | MA | * |
| 48 | 2282760 | LINDSEY ITZKOWITZ | CHESNUT HILL | MA | * |
| 49 | 1688841 | SYLVIA GORDON | GREENWICH | CT | * |
| 50 | 93 | DANIEL LYONS | ROCKAWAY | NJ | * |
| 51 | 1722887 | SHARON RUSSELL | STATEN ISLAND | NY | * |
| 52 | 1720714 | ELLEN RADUTZKY | GREAT NECK | NY | * |
| 53 | 1804721 | THOMAS B. MCTIGHE JR | RED HOOK | NY | * |
| 54 | 2240333 | JENNIFER GLACKEN | PITTSBURGH | PA | * |
| 55 | 1374216 | RYAN NUCIFORA | WEST CHESTER | PA | * |
| 56 | 1285820 | MARGARET CARMER | ORLANDO | FL | * |
| 57 | 2305629 | ROBERT HORTON | CINCINNATI | OH | * |
| 58 | 2063858 | LISA STANBROUGH | WENTZVILLE | MO | * |
| 59 | 2126490 | NORMA KERN | HUTCHINSON | KS | * |
| 60 | 1743463 | LAWRENCE MCCLURE | STILLWATER | OK | * |
| 61 | 1437526 | JEREMIE JOSEPH | LA MIRADA | CA | * |
| 62 | 2381227 | JANISE A. WINGERSON | LACEY | WA | * |

* Indicates an invalid Exlcusion Request

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 2, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4, and that all parties herein are represented by counsel have consented to electronic service.


*/s/  James R. Patterson*
James. R. Patterson